THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIR WILLIAMS, Appellant.

Submitted March 1, 2010; decided March 25, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD JACKSON, Appellant, v BRIAN FISCHER, Commissioner, Department of Correctional Services, Respondent.

Submitted January 19, 2010; decided March 25, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of JOSEPH D. RAYMOND, SR., Appellant, v KEVIN E. WALSH, Sheriff, County of Onondaga, et al., Respondents.

Submitted December 7, 2009; decided March 25, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.